Gary A. Zipkin
Christina A. Rankin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com
crankin@guessrudd.com
Attorneys for Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ZACHERY S. SUTER,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:11-cv-00170-JWS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, hereby stipulate and agree that all of the claims asserted by plaintiff in this action, or which could have been asserted by plaintiff against Allstate Insurance Company or any of its employees or representatives, are hereby dismissed in their entirety and with prejudice, each side bearing its own costs and attorney's fees, for the reason that an amicable settlement has been reached.

GUESS & RUDD P.C.
Attorneys for Allstate Insurance Company

Dated: 10/17/11    By: _____
Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Phone: (907) 793-2200
Fax: (907) 793-2299
Email: gzipkin@guessrudd.com
Alaska Bar No. 7505048

LAW OFFICE OF THOMAS E. WILLIAMS
Attorneys for Zachery S. Suter

Dated: 10/14/11    By: _____
Thomas E. Williams
11940 Business Boulevard, Suite 1000
Eagle River, AK 99577
Phone: (907) 694-4000
Fax: (907) 694-1766
Alaska Bar No. 7410115

CERTIFICATE OF SERVICE
I hereby certify that on the 18th day of October, 2011,
a copy of the foregoing document was served via mail on:

Thomas E. Williams, Esq.
Law Office of Thomas E. Williams
11940 Business Boulevard, Suite 1000
Eagle River, AK 99577

Guess & Rudd P.C.

By: _____

F:\DATA\6264\1\Pleadings\05 Stipulation for Dismissal.doc

Stipulation for Dismissal With Prejudice
Suter v. Allstate, Case No. 3:11-cv-00170-JWS
Page 2 of 2